UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TYRONE D.,[1] <br><br>Plaintiff, <br><br>v. <br><br>KILOLO KIJAKAZI, <br>Acting Commissioner of Social Security, <br><br>Defendant. | Civil No. 23-589 (JRT/LIB) <br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

_____

Tyrone D., 3060 County Road 104, Barnum, Minnesota 55707, pro-se Plaintiff.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415 for Defendant.

James D. Sides, **SOCIAL SECURITY ADMINISTRATION,** Office of the General Counsel, Office of Program Litigation, Office 4, 6401 Security Boulevard, Baltimore Maryland 21235 for Defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.

Dated: May 16, 2023             s/John R. Tunheim  
at Minneapolis, Minnesota       JOHN R. TUNHEIM  
                                           District Judge  
                                           United States District Court